UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : DOCKET NO. 3:19-CR-50 (TES) |
| MICHAEL SHANE HAMBRICK, | : |
| Defendant. | : |

## ORDER TO DISMISS INDICTMENT

Before the Court is the United States' unopposed motion to dismiss the above-styled Indictment as to Defendant Michael Shane Hambrick pursuant to Federal Rule of Criminal Procedure 48(a) due to the successful completion of the terms of his pre-trial diversion agreement. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc. 1 and hereby ORDERS that the pending Indictment against Defendant Michael Shane Hambrick be DISMISSED.

SO ORDERED, this 13 day of December, 2023.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT